JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE ROBERT MONTAGUE, ) | No. CV 13-1874-GHK(CW) |
| ) | |
| Plaintiff, ) | JUDGMENT |
| ) | |
| v. ) | |
| ) | |
| DEPUTY ROSALES, et al., ) | |
| ) | |
| Defendants. ) | |

**IT IS ADJUDGED** that this action is dismissed, without prejudice, for failure to prosecute.

DATED: __2/23/15__

_/s/_

GEORGE H. KING
Chief United States District Judge